**Below is the Order of the Court.**

Christopher M. Alston
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES BACKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: | Case No.  24-12397 - CMA |
| Gary Rosenthal | **Adv. No. 25-01010-CMA** |
| Debtor. | Chapter 13 |
| Gary Rosenthal, | **AGREED ORDER GRANTING MOTION FOR 14-DAY EXTENSION OF PRELIMINARY INJUNCTION BOND** |
| *Plaintiff,* | |
| v. | |
| NewRez, LLC, d/b/a Shellpoint Mortgage Services, LLC, Buda Hill, LLC, and Eastside Funding, LLC, | |
| *Defendants.* | |

1

AGREED ORDER GRANTING
MOTION FOR 14-DAY EXTENSION
OF PRELIMINARY INJUNCTION  BOND
Adv. No. 25-01010-CMA

DEVLIN LAW FIRM LLC
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

THIS MATTER comes before the Court on Plaintiff Gary Rosenthal's Motion for 14-Day Extension of Preliminary Injunction against Defendants NewRez, LLC, d/b/a Shellpoint Mortgage Services, LLC, Buda Hill, LLC, and Eastside Funding, LLC (collectively, "Defendants") and upon the parties' agreement. The Court, having reviewed Plaintiff's motion, the Defendants' response and with supporting declarations, with the record in this case, and applicable law, and having found good cause, hereby,

ORDERS that a Preliminary Injunction be extended to May 7, 2025 and that all Defendants, and all persons acting in concert or participation with them, are restrained and enjoined from recording the trustee's deed, transferring, encumbering, or otherwise taking any action that affects title to the real property located at 20228 23rd Place NW, Shoreline, Washington (the "Property").

THE COURT FURTHER ORDERS THAT the Preliminary Injunction is extended to May 7, 2025, upon Plaintiff Gary Rosenthal's filing of a bond extension in the additional amount of $8,000 for a total bond amount of $42,000 in favor of Buda Hill, LLC and Eastside Funding, LLC.

THE COURT FURTHER ORDERS that this Preliminary Injunction will expire on May 7, 2025 at 11:59 pm absent entry of an order of this Court further extending the Preliminary Injunction.

THE COURT FURTHER ORDERS that any additional motion to extend the Preliminary Injunction shall be on at least seven days' notice, with responses, if any, due two days prior to the hearing, and with no replies allowed.

// END OF ORDER//

AGREED ORDER GRANTING
MOTION FOR 14-DAY EXTENSION
OF PRELIMINARY INJUNCTION  BOND
Adv. No. 25-01010-CMA

DEVLIN LAW FIRM LLC
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

Presented by:

By: */s/ Christina L. Henry*
Christina L. Henry, WSBA #31273
Devlin Law Firm LLC
6100 219th St. SW, Ste. 480
PMB 398
Mountlake Terrace, WA 98043-2222
Tel: (206) 319-0077
*chenry@devlinlawfirm.com*


No Objection by:

By: */s/Michael M. Sperry*
Michael M. Sperry, WSBA# 43760
John McIntosh, WSBA# 43113
Schweet Linde & Rosenblum, PLLC
575 S. Michigan Street
Seattle, WA 98108
Tel: (206) 275-1010
*michaels@schweetlaw.com*
*johnm@schweetlaw.com*


By: */s/Chancelor K. Eagle*
Chancelor K. Eagle, WSBA# 60914
Klinedinst Seattle
1200 Fifth Ave., Suite 1750
Seattle, WA 98101
Tel: (206) 675-4400
*ceagle@klinedinstlaw.com*

3

AGREED ORDER GRANTING
MOTION FOR 14-DAY EXTENSION
OF PRELIMINARY INJUNCTION  BOND
Adv. No. 25-01010-CMA

DEVLIN LAW FIRM LLC
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFF'S RESPONSE
TO DEFENDANTS' BUDA
HILL, LLC AND EASTSIDE
FUNDING, LLC's MOTION
TO DISMISS

26

DEVLIN LAW FIRM LLC
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010